NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARL FOX,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2012-3078

---

Petition for review of the Merit Systems Protection Board in case no. CH0752110659-I-1.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Carl Fox's motion for reconsideration of the court's February 12, 2013 order dismissing his petition for review for failure to file a brief, his brief having now been filed,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the court's February 12, 2013 dismissal order is vacated and the petition for review is reinstated. The brief is accepted for filing.

(2) The Department of Defense should calculate its brief due date from the date of filing of this order.

FOR THE COURT

MAR 18 2013
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Carl Fox
    P. Davis Oliver, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 18 2013

JAN HORBALY
CLERK